IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM MORRIS RISBY,<br>    #31495-077,<br>        PETITIONER,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        RESPONDENT. | §<br>§<br>§<br>§<br>§   CIVIL CASE NO. 3:23-CV-2799-JDK<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Docket No. 16. Objections were filed. Docket No. 18. The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

So **ORDERED** and **SIGNED** this **31st** day of **July, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE